PER CURIAM.
Harry McCallister appeals his conviction and sentence for sale of cocaine within 1,000 feet of school property in violation of section 893.13(1)(e), Florida Statutes (1987). We affirm. Capers v. State, 557 So.2d 62 (Fla. 3d DCA 1989); Bentley v. State, 555 So.2d 405 (Fla. 3d DCA 1989); Austin v. State, 549 So.2d 1153 (Fla. 3d DCA 1989); Keegan v. State, 553 So.2d 797 (Fla. 5th DCA 1989), review granted, No. 75,367 (Fla. Jan. 18, 1990); Clark v. State, 551 So.2d 585 (Fla. 2d DCA 1989), review granted, No. 75,024 (Fla. Nov. 16, 1989); Speights v. State, 554 So.2d 20 (Fla. 1st DCA 1989), review granted, No. 75,307 (Fla. Jan. 19, 1990); Smith v. State, 554 So.2d 29 (Fla. 5th DCA 1989), review granted, No. 75,289 (Fla. Jan. 17, 1990); Smith v. State, 553 So.2d 798 (Fla. *63 5th DCA 1989), review granted, No. 75,289 (Fla. Jan. 2, 1990); Reinertsen v. State, 553 So.2d 799 (Fla. 5th DCA 1989), petition for review filed, No. 75,393 (Fla. Jan. 25,1990); Salerno v. State, 553 So.2d 800 (Fla. 5th DCA 1989), review granted, No. 75,290 (Fla. Jan. 17, 1990); Raulerson v. State, 551 So.2d 1266 (Fla. 1st DCA 1989), review granted, No. 75,165 (Fla. Dec. 11, 1989); Leonardi v. State, 548 So.2d 811 (Fla. 5th DCA 1989), review granted, No. 74,725 (Fla. Sept. 11, 1989); Morrow v. State, 547 So.2d 1236 (Fla. 5th DCA 1989), review granted, No. 74,582 (Fla. Aug. 22, 1989); State v. Burch, 545 So.2d 279 (Fla. 4th DCA 1989), review granted, No. 73,826 (Fla. Mar. 10, 1989); Blankenship v. State, 545 So.2d 908 (Fla. 2d DCA 1989), review granted, No. 74,176 (Fla. May 15, 1989).
We certify the following question as one of great public importance:
DID THE ENACTMENT OF CHAPTER 87-243 VIOLATE THE ONE SUBJECT RULE OF ARTICLE III, SECTION 6, FLORIDA CONSTITUTION?
Affirmed.